**SAO**
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:    (702) 634-5000
Facsimile:    (702) 380-8572
Email: darren.brenner@akerman.com
Email: william.habdas@akerman.com

*Attorneys for Defendants Bank of America, N.A. and ReconTrust Company, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA SAND CASTLES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GREEN TREE SERVICING, LLC; RECONTRUST COMPANY, N.A.; BANK OF AMERICA, N.A.; PRLAP, INC.; DOES I THROUGH X, inclusive: ROE BUSINESS ENTITIES I THROUGH X, inclusive,<br><br>Defendants. | Case No.:    2:15-cv-00588-GMN-VCF<br><br>**DEFENDANTS BANK OF AMERICA, N.A. AND PRLAP, INC.'S DISCLAIMER OF INTEREST AND PARTIES' JOINT STIPULATION FOR DISMISSAL OF BANK OF AMERICA, N.A. AND PRLAP, INC.** |

Plaintiff Nevada Sand Castles, LLC (**plaintiff**) and defendants Bank of America, N.A (**BANA**) and PRLAP, Inc. (**PRLAP**) by and through their counsel of record, Akerman LLP, hereby disclaims any interest in the subject:

1. The subject property is located at 5710 East Tropicana Avenue, #1029, Las Vegas, Nevada 89122 and bears Assessor's Parcel Number 161-21-810-057.

2. Defendants BANA and PRLAP do not claim any current right, title or interest in the subject property.

3. Defendants are informed and believe the current interest in the deed of trust recorded with the Clark County Recorder on September 20, 2006 as document number 20060920-0004591 belongs to named party Green Tree Servicing, LLC.

{35727809;1}

4. In consideration of BANA and PRLAP entering into this Stipulation, plaintiff agrees to dismiss BANA and PRLAP from the instant lawsuit, with each party to bear its own fees and costs.

Dated: August 20, 2015                                   Dated: August 20, 2015

*/s/ Robert B. Noggle*
Robert B. Noggle, Esq.
Nevada Bar No. 11427
Paul R.M. Cullen
Nevada Bar No. 12355
NOGGLE LAW
376 East Warm Springs Rd., Ste. 140
Las Vegas, Nevada 89119
Telephone:  (702) 450-6300
Facsimile:  (702) 642-9766
Email:  robert@nogglelaw.com
              paul@nogglelaw.com

*Attorney for Plaintiff*

*/s/ William S. Habdas, Esq.*
Darren T. Brenner, Esq.
Nevada Bar No. 8386
William S. Habdas, Esq.
Nevada Bar No. 13138
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:     (702) 634-5000
Facsimile:      (702) 380-8572
Email: darren.brenner@akerman.com
           william.habdas@akerman.com

*Attorneys for Defendants Bank of America, N.A. and PRLAP, Inc.*

## **ORDER**

Pursuant to the stipulation of the parties and good cause appearing, it is hereby ordered as follows:

IT IS HEREBY ORDERED defendants Bank of America, N.A. and PRLAP, Inc. are dismissed with prejudice.

IT IS HEREBY FURTHER ORDERED THAT each party shall bear their own fees and costs.

DATED this 21st day of August, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court

{35727809;1}                            3