1    Colt B. Dodrill, Esq. (SBN 9000)
WOLFE & WYMAN LLP
2    980 Kelly Johnson Drive, Ste 140
Las Vegas, NV  89119
3    Tel: (602) 953-0100
Fax: (602) 953-0101
4    cbdodrill@wolfewyman.com
*Attorneys for Defendant Green Tree Servicing LLC,*
5    *now known as Ditech Financial LLC, and*
*Intervenor/Counterclaimant Federal National Mortgage Association*
6

7    Leslie Bryan Hart, Esq. (SBN 4932)
John D. Tennert, Esq. (SBN 11728)
8    FENNEMORE CRAIG, P.C.
300 E. Second St., Suite 1510
9    Reno, Nevada 89501
Tel: 775-788-2228   Fax: 775-788-2229
10   lhart@fclaw.com; jtennert@fclaw.com

11   *Attorneys for Intervenor/Counterclaimant Federal Housing Finance Agency*

**UNITED STATES DISTRICT COURT**
12   **DISTRICT OF NEVADA**

| | |
|---|---|
| 13  NEVADA SAND CASTLES, LLC, | CASE NO.  2:15-cv-00588-GMN-VCF |
|         Plaintiff, | |
| 14      vs. | |
| 15  GREEN TREE SERVICING LLC; RECONSTRUCT COMPANY, N.A.; BANK | **STIPULATION AND [PROPOSED] ORDER TO STAY DISCOVERY** |
| 16  OF AMERICA, N.A.; PRLAP, INC.; DOES I-X, inclusive; and ROE BUSINESS ENTITIES | **PENDING RULING ON MOTION TO CONSOLIDATE** |
| 17  I-X, inclusive, | |
|         Defendants. | **FIRST REQUEST** |
| 18      and | |
| 19  FEDERAL NATIONAL MORTGAGE ASSOCIATION; and FEDERAL HOUSING | |
| 20  FINANCE AGENCY, as Conservator of the Federal National Mortgage Association, | |
| 21        Intervenors. | |
| 22  FEDERAL NATIONAL MORTGAGE ASSOCIATION; and FEDERAL HOUSING | |
| 23  FINANCE AGENCY, as Conservator of the Federal National Mortgage Association, | |
| 24        Counterclaimants, | |
| 25      vs. | |
| 26  NEVADA SAND CASTLES, LLC, | |
|        Counter-Defendant. | |

27

28

FENNEMORE CRAIG, P.C.
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

11271821

1   Plaintiff/Counter-Defendant, Nevada Sand Castles, LLC ("Nevada Sand Castles"),

2   Defendant Green Tree Servicing LLC, now known as Ditech Financial LLC,

3   Intervenor/Counterclaimant, Federal National Mortgage Association ("Fannie Mae"), and

4   Intervenor/Counterclaimant, Federal Housing Finance Agency ("FHFA"), by and through their

5   attorneys of record, submit the following stipulation for the Court's review and approval.

6       **WHEREAS**, the Court granted the parties' stipulation to entry of order and entered its

7   order permitting Fannie Mae and FHFA to intervene in this action on January 13, 2016. (Dkt.

8   28.)

9       **WHEREAS**, on February 12, 2016, Fannie Mae and FHFA filed a Motion to Consolidate

10  this action with a defendants' class action that Fannie Mae, FHFA, and the Federal Home Loan

11  Mortgage Corporation ("Freddie Mac," and with Fannie Mae, the "Enterprises") have filed in

12  this District, *FHFA v. SFR Investments Pool 1, LLC*, No. 2:15-cv-1338-GMN-CWH (D. Nev.)

13  ("Putative Class Action").  (Dkt. 30.)

14      **WHEREAS**, the purpose of the Motion to Consolidate, and of similar motions filed or to

15  be filed in other related actions, is to facilitate the efficient management of a growing number of

16  related cases that, despite minor, non-dispositive factual differences, all turn on the same

17  dispositive legal issue: whether a homeowner's association foreclosure sale conducted under

18  Nev. Rev. Stat. § 116.3116(2) ("HOA Sale") may extinguish the Enterprises' property interests.

19      **WHEREAS**, Nevada Sand Castles consents to the Motion to Consolidate.

20      **WHEREAS**, until the Court decides the Motion to Consolidate, the parties agree to stay

21  discovery, including the conference, discovery plan and report required by Rule 26(f) of the

22  Federal Rules of Civil Procedure ("FRCP") and Rule 26-1(d) of the Local Rules of Practice for

23  the United States District Court for the District of Nevada ("LR"), and the initial disclosures

24  required by FRCP 26(a).

25      **WHEREAS**,  the parties agree that the interests of efficiency and judicial economy

26  would be served by consolidation of this action with the Putative Class Action.  The efficiencies

27  to this Court and to the parties would be diminished if the parties were required to pursue

28  discovery while the Motion to Consolidate is pending.

FENNEMORE CRAIG, P.C.
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

11271821

2

1    **NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and among

2    the parties, through their undersigned counsel, that all discovery is stayed pending a ruling on the

3    Motion to Consolidate.

4    **IT IS FURTHER STIPULATED AND AGREED** that this Stipulation is entered into

5    in good faith and not for the purposes of delay, and is not intended to waive any of the

6    substantive or procedural right of the parties.  The parties have not previously requested any stay

7    of discovery.

8    DATED this 12th day of  February, 2016.

9    **WOLFE & WYMAN LLP**                          **FENNEMORE CRAIG, P.C.**

10

11   By:  _/s/  Colt Dodrill_                    By:  _/s/  Leslie Bryan Hart_
       Colt B. Dodrill (SBN 9000)                   Leslie Bryan Hart, Esq. (SBN 4932)
       980 Kelly Johnson Drive, Ste 140             John D. Tennert, Esq. (SBN 11728)
12     Las Vegas, NV  89119                         300 E. Second St., Suite 1510
       Tel: (602) 953-0100 Fax: (602) 953-0101      Reno, Nevada 89501
13     cbdodrill@wolfewyman.com                     Tel: 775-788-2228  Fax: 775-788-2229
                                                    lhart@fclaw.com; jtennert@fclaw.com
14   *Attorneys for Defendant Green Tree Servicing*
     *LLC, nka, Ditech Financial LLC, and*          *Attorneys for Intervenor/Counterclaimant*
15   *Intervenor/Counterclaimant Federal National*  *Federal Housing Financing Agency*
     *Mortgage Association*
16

17   **NOGGLE LAW**

18   By:  _/s/ Alex Ghibaudo_
       Robert B. Noggle, Esq. (SBN 11427)
19     Alex Ghibaudo, Esq. (SBN 10592)
       376 East Warm Springs, Rd., Ste 140
20     Las Vegas, NV 89119
       Tel: 702-450-6300  Fax: 702- 642-9766
21     robert@nogglelaw.com

22   *Attorneys for Plaintiff Nevada Sand Castles,*
     *LLC*
23
                            **ORDER**
24
                            IT IS SO ORDERED.
25

26

27   _____
     UNITED STATES MAGISTRATE JUDGE
28
     DATED:  2-16-2016

FENNEMORE CRAIG, P.C.
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

11271821