# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

NEVADA SAND CASTLES, LLC,

          Plaintiff,

vs.

GREEN TREE SERVICING LLC, *et al.*,

          Defendants.

2:15-cv-00588-GMN-VCF

**ORDER**

Before the court is *Nevada Sand Castles, LLC v. Green Tree Servicing LLC, et al.*, case no. 2:15-cv-00588-GMN-VCF.

IT IS HEREBY ORDERED that a status hearing is scheduled for 10:00 a.m., May 27, 2016, in courtroom 3D.

DATED this 11th day of May, 2016.

 

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE