ROBERT B. NOGGLE, ESQ.
Nevada Bar No.: 11427
NOGGLE LAW PLLC
376 East Warm Springs Rd., Ste. 140
Las Vegas, Nevada 89119
PH: 702-450-6300/Fax: 702-642-9766
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA SAND CASTLES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>GREEN TREE SERVICING LLC; et al.,<br><br>Defendants.<br><br>and<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; and FEDERAL HOUSING FINANCE AGENCY, as Conservator of Federal National Mortgage Association,<br><br>Intervenors. | CASE NO.: 2:15-cv-00588-GMN-VCF<br><br>**STIPULATION EXTENDING PLAINTIFF'S OPPOSITION DEADLINE** |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION; FEDERAL HOUSING FINANCE AGENCY, as Conservator of Fannie Mae,<br><br>Counterclaimants,<br><br>vs.<br><br>NEVADA SANDCASTLES, LLC,<br><br>Counter-Defendant. | |

- 1 -

It is hereby stipulated and agreed, by and between the Plaintiff/Counter-Defendant, NEVADA SAND CASTLES, LLC, through its Attorney, Robert B. Noggle, Esq., and Intervenor/Counter-Claimant, FEDERAL NATIONAL MORTGAGE ASSOCIATION, through its Attorney, Gregory S. Bean, Esq., that the deadline for Plaintiff/Counter-Defendant to file its Opposition to Intervenor/Counter-Claimant's Motion for Summary Judgment be extended by 5 days from July 29, 2016 until August 3, 2016.

This is the first extension for the Opposition to which the parties have stipulated.

DATED this 14th day of July, 2016.          DATED this 14th day of July, 2016.

NOGGLE LAW PLLC                              WOLFE & WYMAN LLP


 /s/ Robert B. Noggle, Esq. /                 /s/ Gregory S. Bean, Esq. /
ROBERT B. NOGGLE, ESQ.                       GREGORY S. BEAN , ESQ.
Nevada Bar No.: 11427                        Nevada Bar No.: 12694
376 East Warm Springs Road, Suite 140        6757 Spencer Street
Las Vegas, Nevada 89119                      Las Vegas, Nevada 89119
*Attorneys for Plaintiff*                    *Attorney for Intervenor/Counter-Claimant*


**ORDER**

**IT IS SO ORDERED.**

DATED this  18  day of July, 2016.          _____
                                             U.S. DISTRICT COURT JUDGE