**COLT B. DODRILL, ESQ.**
Nevada Bar No. 9000
**GREGORY S. BEAN, ESQ.**
Nevada Bar No. 12694
**WOLFE & WYMAN LLP**
6757 Spencer Street
Las Vegas, NV  89119
Tel: (702) 476-0100
Fax: (702) 476-0101
cbdodrill@wolfewyman.com
gsbean@wolfewyman.com

Attorneys for Defendant
**GREEN TREE SERVICING LLC, NOW KNOWN AS DITECH FINANCIAL LLC**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA SAND CASTLES, LLC,<br><br>          Plaintiff,<br>   v.<br><br>GREEN TREE SERVICING LLC; RECONTRUST COMPANY, N.A.; BANK OF AMERICA, NA; PRLAP, INC.; DOES I THROUGH X, inclusive; ROE BUSINESS ENTITIES I THROUGH X, inclusive,<br><br>          Defendant, | Case No. 2:15-cv-00588-GMN-VCF<br><br>**MOTION FOR WITHDRAWAL OF ATTORNEY** |

**TO THIS HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the above-captioned attorneys, Colt B. Dodrill, Esq. and Gregory S. Bean, Esq. of WOLFE & WYMAN LLP, hereby moves to withdraw counsel YanXiong Li, Esq., as attorney of record in the above referenced matter.  YanXiong Li is a former associate of WOLFE & WYMAN LLP and no longer counsel of record for Defendant GREEN TREE SERVICING LLC, now known as DITECH FINANCIAL LLC in this matter.

All future pleadings and correspondence relative to Defendant GREEN TREE SERVICING LLC should be served only upon:

2497604.1

COLT B. DODRILL, ESQ.
Nevada Bar No. 9000
GREGORY S. BEAN, ESQ.
Nevada Bar No. 12694
WOLFE & WYMAN LLP
6757 Spencer Street
Las Vegas, Nevada 89119
Telephone: 702-476-0100
Facsimile: 702-476-0101

Please update your service list accordingly.

DATED:  July 28, 2016           WOLFE & WYMAN LLP


By: /s/ *Colt B. Dodrill*
    COLT B. DODRILL, ESQ.
    Nevada Bar No. 9000
    GREGORY S. BEAN, ESQ.
    Nevada Bar No. 12694
    6757 Spencer Street
    Las Vegas, NV  89119

    *Attorneys for Defendant*
    *GREEN TREE SERVICING LLC, now known as*
    *DITECH FINANCIAL LLC*

**ORDER**

IT IS SO ORDERED.

Dated: 8-1-2016                 _____
                                UNITED STATES MAGISTRATE JUDGE

2

2497604.1

**CERTIFICATE OF SERVICE**

On July 28, 2016, I served the **MOTION FOR WITHDRAWAL OF ATTORNEY** by the following means to the persons as listed below:

    X          a.      EFC System (you must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary):

| | |
|---|---|
| Robert Noggle | robert@nogglelaw.com |
| Paul Cullen | paul@nogglelaw.com |
| John D. Tennert | jtennert@fclaw.com |
| Leslie Bryan Hart | lhart@fclaw.com |

            b.      United States Mail, postage fully pre-paid (List persons and addresses. Attach additional paper if necessary):

By: /s/ *Lucille Chiusano*
Lucille Chiusano
An employee of Wolfe & Wyman LLP

3

2497604.1