ROBERT B. NOGGLE, ESQ.
Nevada Bar No.: 11427
NOGGLE LAW PLLC
376 East Warm Springs Rd., Ste. 140
Las Vegas, Nevada 89119
PH: 702-450-6300/Fax: 702-642-9766
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA SAND CASTLES, LLC,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>GREEN TREE SERVICING LLC; et al.,<br><br>　　　　　　Defendants.<br><br>and<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; and FEDERAL HOUSING FINANCE AGENCY, as Conservator of Federal National Mortgage Association,<br><br>　　　　　　Intervenors. | CASE NO.: 2:15-cv-00588-GMN-VCF<br><br>**STIPULATION EXTENDING PLAINTIFF'S OPPOSITION DEADLINE** |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION; FEDERAL HOUSING FINANCE AGENCY, as Conservator of Fannie Mae,<br><br>　　　　　　Counterclaimants,<br><br>vs.<br><br>NEVADA SANDCASTLES, LLC,<br><br>　　　　　　Counter-Defendant. | |

- 1 -

It is hereby stipulated and agreed, by and between the Plaintiff/Counter-Defendant, NEVADA SAND CASTLES, LLC, through its Attorney, Robert B. Noggle, Esq., and Intervenor/Counter-Claimant, FEDERAL NATIONAL MORTGAGE ASSOCIATION and GREEN TREE SERVICING LLC NOW KNOWN AS DITECH FINANCIAL LLC, through their Attorney, Gregory S. Bean, Esq., that the deadline for Plaintiff/Counter-Defendant to file its Opposition to Intervenor/Counter-Claimant's Motion for Summary Judgment be extended by 5 days from July 29, 2016 until August 3, 2016.

This is the first extension for the Opposition to which the parties have stipulated.

DATED this 18th day of July, 2016.

NOGGLE LAW PLLC

 /s/ Robert B. Noggle, Esq. /
ROBERT B. NOGGLE, ESQ.
Nevada Bar No.: 11427
376 East Warm Springs Road, Suite 140
Las Vegas, Nevada 89119
*Attorneys for Plaintiff*

DATED this 18th day of July, 2016.

WOLFE & WYMAN LLP

 /s/ Gregory S. Bean, Esq. /
COLT B. DODRILL, ESQ.
Nevada Bar No.: 9000
GREGORY S. BEAN , ESQ.
Nevada Bar No.: 12694
6757 Spencer Street
Las Vegas, Nevada 89119
*Attorney for Intervenor/Counter-Claimant*

**ORDER**

IT IS SO ORDERED:

DATED: August 4, 2016

_____
District Court Judge

- 2 -