**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| NEVADA SAND CASTLES, LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GREEN TREE SERVICING LLC, *et al.*,<br><br>　　　　　Defendants. | 2:15-cv-00588-GMN-VCF<br>**MINUTE ORDER** |

　　　Before the Court is the *Nevada Sand Castles, LLC v. Green Tree Servicing LLC, et al.*, case no. 2:15-cv-00588-GMN-VCF.

　　　IT IS HEREBY ORDERED that the hearing scheduled for 10:30 a.m., January 16, 2017 is VACATED and RESCHEDULED to 10:30 a.m., January 17, 2017, in Courtroom 3D.

　　　DATED this 2nd day of November, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE