**COLT B. DODRILL, ESQ.**
Nevada Bar No. 9000
**WOLFE & WYMAN LLP**
6757 Spencer Street
Las Vegas, NV  89119
Tel: (702) 476-0100
Fax: (702) 476-0101
cbdodrill@wolfewyman.com

Attorneys for Defendant
GREEN TREE SERVICING LLC, now
known as DITECH FINANCIAL LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA SAND CASTLES, LLC,<br><br>    Plaintiff,<br>  v.<br><br>GREEN TREE SERVICING LLC; RECONTRUST COMPANY, N.A.; BANK OF AMERICA, NA; PRLAP, INC.; DOES I THROUGH X, inclusive; ROE BUSINESS ENTITIES I THROUGH X, inclusive,<br><br>    Defendant, | Case No. 2:15-cv-00588-GMN-VCF<br><br>**MOTION FOR CHANGE OF ATTORNEY DESIGNATION** |

**TO THIS HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the above-captioned attorney, Colt B. Dodrill, Esq., of WOLFE & WYMAN LLP, hereby moves to withdraw Gregory S. Bean, Esq., as attorney of record in the above referenced matter.  Gregory S. Bean is a former associate of WOLFE & WYMAN LLP and no longer counsel of record for Defendant GREEN TREE SERVICING LLC, now known as DITECH FINANCIAL LLC in this matter.

///

///

///

///

1

2706492.1

All future pleadings and correspondence relative to Defendant GREEN TREE SERVICING LLC should be served only upon:

>COLT B. DODRILL, ESQ.
>Nevada Bar No. 9000
>WOLFE & WYMAN LLP
>6757 Spencer Street
>Las Vegas, Nevada 89119
>Telephone: 702-476-0100
>Facsimile: 702-476-0101

Please update your service list accordingly.

DATED:  March 28, 2017             WOLFE & WYMAN LLP

By: /s/ *Colt B. Dodrill*
   COLT B. DODRILL, ESQ.
   Nevada Bar No. 9000
   6757 Spencer Street
   Las Vegas, NV  89119

   *Attorneys for Defendant*
   *GREEN TREE SERVICING LLC, now known as*
   *DITECH FINANCIAL LLC*

**ORDER**

IT IS SO ORDERED.

Dated:  March 28, 2017             _____
                          UNITED STATES MAGISTRATE JUDGE

2

2706492.1

**CERTIFICATE OF SERVICE**

On March 28, 2017, I served the **MOTION FOR CHANGE OF ATTORNEY DESIGNATION** by the following means to the persons as listed below:

   X    a. EFC System (you must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary):

| | |
|---|---|
| Robert Noggle | robert@nogglelaw.com |
| Paul Cullen | paul@nogglelaw.com |
| John D. Tennert | jtennert@fclaw.com |
| Leslie Bryan Hart | lhart@fclaw.com |

_____ b. United States Mail, postage fully pre-paid (List persons and addresses. Attach additional paper if necessary):

By: /s/ *Lucille Chiusano*
Lucille Chiusano
An employee of Wolfe & Wyman LLP

2706492.1