# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA SAND CASTLES, LLC, | ) |
| Plaintiff, | ) Case No.: 2:15-cv-00588-GMN-VCF |
| vs. | ) |
| | ) **ORDER** |
| GREEN TREE SERVICING LLC; RECONTRUST COMPANY, N.A.; BANK OF AMERICA, NA; PRLAP, INC.; DOES I THROUGH X, inclusive; ROE BUSINESS ENTITIES I THROUGH X, inclusive, | ) |
| Defendants, | ) |
| And | ) |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION; and FEDERAL HOUSING FINANCE AGENCY, as Conservator of Federal National Mortgage Association, | ) |
| Intervenors. | ) |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION; FEDERAL HOUSING FINANCE AGENCY, as Conservator of Fannie Mae, | ) |
| Counterclaimants, | ) |
| vs. | ) |
| NEVADA SANDCASTLES, LLC, | ) |
| Counter-Defendant. | ) |

Pending before the Court is the Motion to Expunge Lis Pendens, (ECF No. 60), filed by Defendant Green Tree Servicing LLC ("Defendant"). For the reasons discussed below, the Court **GRANTS** Plaintiff's Motion to Expunge Lis Pendens.

I. **BACKGROUND**

Plaintiff Nevada Sand Castles LLC ("Plaintiff") originally filed this lawsuit on February 24, 2015, and Defendant removed this action on March 31, 2015. (Pet. for Removal, ECF No. 1). On February 22, 2017, the Court entered an order granting summary judgment for Intervenors, (ECF No. 58). Pursuant to this Order, Defendant filed the instant Motion. Plaintiff did not file a response, and the deadline to do so has passed.

II. **DISCUSSION**

Local Rule 7-2(d) provides that "[t]he failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion." D. Nev. R. 7-2(d). Given Plaintiff's failure to file an opposition, the Court grants the Motion pursuant to Local Rule 7-2(d).

III. **CONCLUSION**

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Expunge Lis Pendens, (ECF No. 60), is **GRANTED**.

**IT IS FURTHER ORDERED** that the Notice of Pendency of Action or Lis Pendens recorded by Plaintiff in relation to this matter, as Instrument No. 20150320-0002272 as to a certain parcel of real property with Assessor's Parcel No. 161-21-810-057 shall be expunged.

///

///

///

**IT IS FURTHER ORDERED** that a copy of this Order may be recorded with the Clark County's Recorder's Office in the applicable chain of title.

**DATED** this __13__ day of April, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Judge