MICHAEL BEEDE, Esq.
Nevada Bar No. 13068
**THE LAW OFFICE OF MIKE BEEDE, PLLC**
2470 St. Rose Pkwy, Suite 201
Henderson, NV 89074
T: 702-473-8406
F: 702-832-0248
eservice@legallv.com
*Attorney for Plaintiff, Nevada Sand Castles, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA SAND CASTLES, LLC, <br><br> Plaintiff, <br> v. <br><br> GREEN TREE SERVICING, LLC; RECONTRUST COMPANY, N.A.; BANK OF AMERICA, N.A.; PRLAP, INC.; DOES I through X, inclusive; ROE BUSINESS ENTITIES I through X, inclusive, <br><br> Defendants. <br> FEDERAL NATIONAL MORTGAGE ASSOCIATION; and FEDERAL HOUSING FINANCE AGENCY, as Conservator of Federal National Mortgage Association, <br><br> Intervenors, <br> FEDERAL NATIONAL MORTGAGE ASSOCIATION; and FEDERAL HOUSING FINANCE AGENCY, as Conservator of Federal National Mortgage Association, <br><br> Counterclaimants, <br> v. <br><br> NEVADA SAND CASTLES, LLC <br><br> Counter-Defendant. | Case No.: 2:15-cv-00588-GMN-VCF <br><br><br> **SUBSTITUTION OF ATTORNEY** |

|||
|---|---|
| 1 | **SUBT** |
| 2 | MICHAEL BEEDE, Esq. |
|   | Nevada Bar No. 13068 |
| 3 | The Law Office of Mike Beede, PLLC |
|   | 2470 St. Rose Pkwy, Suite 201 |
| 4 | Henderson, NV 89074 |
|   | T: 702-473-8406 |
| 5 | F: 702-832-0248 |
| 6 | eservice@legallv.com |
|   | *Attorney for Plaintiff, Nevada Sandcastles, LLC* |

## DISTRICT COURT
## CLARK COUNTY, NEVADA

| NEVADA SANDCASTLES, LLC, | CASE NO: A-15-714296-C |
|---|---|
| Plaintiff, | DEPT. NO: X |
| vs. | |
| GREEN TREE SERVICING, LLC; RECONTRUST COMPANY, N.A.; BANK OF AMERICA, N.A.; PRLAP, INC.; DOES I through X, inclusive; ROE BUSINESS ENTITIES I through X, inclusive, | **SUBSTITUTION OF ATTORNEY** |
| Defendants. | |

The Law Offices of Noggle Law, PLLC, does hereby consent to the substitution of The Law Office of Mike Beede, PLLC to represent the Plaintiff, Nevada Sandcastles, LLC, for the above captioned matter, in the place and stead.

DATED this ___ day of August, 2017.

Law Offices of Noggle Law, PLLC

_____
ROBERT B. NOGGLE, ESQ.
Nevada Bar No. 11427
376 E. Warm Springs Rd., #140
Las Vegas, NV 89119

1

## CONSENT OF SUBSTITUTION OF ATTORNEY

Randy Merrill, and Lynne Merrill, Representatives of Nevada Sandcastles, LLC, do hereby consent to the substitution of The Law Office of Mike Beede, PLLC in place of The Law Offices of Noggle Law, PLLC in the above captioned matter.

DATED this __9__ day of August, 2017.　　　　　DATED this __9__ day of August, 2017.

_____　　　　　_____
Randy Merrill　　　　　　　　　　　　　　　　Lynne Merrill

## ACCEPTANCE OF SUBSTITUTION OF ATTORNEY

I, MICHAEL N. BEEDE, Esq., of The Law Office of Mike Beede, PLLC, do hereby agree to substitute in the place of The Law Offices of Noggle Law, PLLC, on behalf of Plaintiff, Nevada Sandcastles, LLC, in the above captioned matter.

DATED this __10th__ day of August, 2017.

The Law Office of Mike Beede, PLLC

_____
MICHAEL N. BEEDE, ESQ.
Nevada Bar No. 13068
2470 St. Rose Pkwy, Suite 201
Henderson, NV 89074
T: 702-473-8406
F: 702-832-0248
mike@legallv.com

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED:     8-22-2017

# CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I hereby certify that I am an employee of The Law Office of Mike Beede, PLLC, and that on the 11^(am) day of August, 2017, I did cause a true and correct copy of the foregoing **SUBSTITUTION OF ATTORNEY** to be served upon each of the parties listed below through electronic notification via the Eighth Judicial District Court's Odyssey E-File and Serve System:

Colt B. Dodrill, Esq.         cbdodrill@wolfewyman.com
Office E-Serve                office@nogglelaw.com

_____
An Employee of The Law Office of Mike Beede, PLLC

3